**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

vs.                                                CASE NO. 8:05-CR-112-T-17-EAJ

JOLANDA Y. HARRIS
_____/

## ORDER TO RESPOND

     This cause is before the Court on defendant's motion to vacate/reduce restitution (Docket No. 24) and the responses filed by the government and the U.S. Probation Office. The Court finds the responses well-taken and incorporates them by reference herein. Accordingly, it is

     **ORDERED** that defendant's motion to vacate/reduce restitution (Docket No. 24) be **denied**.

     **DONE and ORDERED** in Chambers, in Tampa, Florida, this 17th day of July, 2006.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record
          Cindy Leigh-Martin, CRD
           U.S. Probation Office